IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *   Criminal Case No. RDB-20-330 |
| MARK WILLIAMS | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## WAIVER OF IN PERSON APPEARANCE AT RULE 11 HEARING

Defendant Mark Williams by and through his attorney, Alfred Guillaume III, hereby respectfully requests that the Rule 11 proceeding scheduled for June 29, 2021 occur via ZOOM or other electronic medium.  In support of this motion, defendant states the following:

1) Mr. Williams is detained at the Chesapeake Detention Facility.

2) Counsel has informed Mr. Williams of his right to be present at the rearraignment or participate via audio or video link and ask the court to waive his presence.

3) Mr. Williams  informed counsel that he agrees to proceed with the Rule 11 rearraignmenton June 29, 2021, via Zoom or another similar electronic medium.

Respectfully submitted,

*Alfred Guillaume*

Alfred Guillaume III, Esq. (Bar #30117)

Law Offices of Alfred Guillaume III, LLC
6305 Ivy Ln. Ste. 700
Greenbelt, MD 20770
301-377-2158
ag3law@gmail.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 25th of June 2021, a copy of the foregoing Motion was electronically via ECF to: Office of the United States Attorney for the District of Maryland, and all defense counsel.

*Alfred Guillaume*
Alfred Guillaume III